```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paradise Morgan,

                Plaintiff,

-against-

Flamingo Estates Organic, Inc.,

                Defendant.

1:23-cv-10913 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 6.) No later than March 14, 2024, Plaintiff shall file a letter regarding the status of service on Defendant. *See* Fed. R. Civ. P 4(m).

**SO ORDERED.**

Dated:    New York, New York
            March 12, 2024

_____
STEWART D. AARON
United States Magistrate Judge