**大成 DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2024
```

July 11, 2024

**VIA ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Morgan v. Flamingo Estates Organic, Inc.*, Case No. 1:23-cv-10913-JHR-SDA

Dear Judge Aaron:

We represent Defendant Flamingo Estates Organic, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from July 11, 2024 to August 26, 2024.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

The parties' joint motion to stay is DENIED. The parties' motion seeks "to stay all case deadlines," which includes the deadline for responding to the Complaint. However, on June 12, 2024, when the Court granted an extension until July 14, 2024 for Defendant to respond to the Complaint, the Court stated that, "because this is the fourth extension granted, there shall be no further extensions." (6/12/24 Order, ECF No. 19.) If the parties have reached a consensual resolution of this case, they should say so. Otherwise, Defendant shall respond to the Complaint by the July 14, 2024 deadline. SO ORDERED.
Dated: 07/11/2024

*[signature: Stewart D. Aaron]*

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms